CONTE C. CICALA, State Bar No. 173554
conte.cicala@clydeco.us
MICHAEL SAENZ, State Bar No. 328825
michael.saenz@clydeco.us
CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff
VENATOR TRADING AND BROKERAGE LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VENATOR TRADING AND BROKERAGE LTD,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOBAL MOTIVATION, INC. and DOES 1 through 20,<br><br>  Defendant. | Case No. 2:20-cv-9195<br><br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff VENATOR TRADING AND BROKERAGE LTD ("VTB") alleges as follows:

**JURISDICTION**

1. This is an action between a citizen of a foreign country, on one hand, and a citizen of California and Nevada, on the other hand, and the matter in controversy exceeds $75,000.  This Court is also vested with ancillary and/or pendent jurisdiction to hear and determine Plaintiff's related claims.

/ / /

/ / /

/ / /

/ / /

## THE PARTIES

2. Plaintiff VTB is now and at all times material herein a corporation duly organized and existing under the laws of the United Kingdom.

3. At all times relevant, Defendant GLOBAL MOTIVATION INC. ("GMI") is, on information and belief, a Nevada Corporation with its principal place of business located at 2711N Sepulveda Blvd #287, Manhattan Beach, CA 90266.

4. The true names and capacities of Defendants sued as Does 1-20 are unknown to Plaintiff. Each of the Defendants was, at all times relevant, the agent, employee, joint venturer and/or coconspirator of the others and acting in the course and scope of the agency relationship, employment, joint venture and/or co-conspiracy in performing the acts alleged, and each Defendant has ratified and approved the acts of its agent(s). All such Doe defendants are citizens of a state in the United States.

## GENERAL ALLEGATIONS

5. Beginning approximately summer of 2018, and continuing into summer 2019, VTB and its affiliate engaged in discussions with GMI in order to plan events at which a representative of GMI, Jordan Belfort, the so-called "Wolf of Wall Street," was to speak.

6. On information and belief, Mr. Belfort is chief financial officer and a director of GMI.

7. As discussions progressed, GMI requested payment of a deposit against anticipated services and costs.

8. This deposit was to be made in consideration of GMI's agreement to negotiate in good faith the terms and conditions of a series of events including Jordan Belfort as speaker, and for GMI's and Mr. Belfort's performance of the agreement.

9. In reliance upon the representations made by GMI and its authorized representatives, VTB transferred $150,000 by wire to a California bank account belonging to GMI on or about November 28, 2018.

10. Subsequent to receiving this deposit, GMI's position in negotiations changed, most significantly by sharply increasing the proposed cost of the planned events. This was unreasonable and done in bad faith.

11. As a consequence of GMI's new negotiation tactics, VTB was unable to reach agreement on final terms and eventually concluded that it was no longer feasible to proceed with the events.

12. As a result, VTB broke off discussions and requested return of its deposit on multiple occasions.

13. As of this date, GMI has refused to honor these requests and return the deposit.

## CLAIM FOR RELIEF

### (Common Count:  Money Had and Received)

14. VTB repeats and realleges each and every allegation contained in the preceding paragraphs with the same force and effect as if fully set forth herein at length.

15. GMI received money that was intended to be used for the benefit of VTB.

16. The money was not used for the benefit of VTB.

17. Despite demand for the return of same, GMI has not given the money to VTB.

## CLAIM FOR RELIEF

### (Unjust Enrichment/Restitution)

18. VTB repeats and realleges each and every allegation contained in the preceding paragraphs with the same force and effect as if fully set forth herein at length.

CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800

19. GMI received money that was intended to be applied towards services to be rendered by Mr. Belfort.

20. That money has neither been used for that intended purpose nor returned to VTB, and GMI has been unjustly enriched thereby.

21. VTB has been damaged, according to proof.

### **CLAIM FOR RELIEF**

### **(Conversion)**

22. VTB repeats and realleges each and every allegation contained in the preceding paragraphs with the same force and effect as if fully set forth herein at length.

23. VTB tendered $150,000 which it owned to the possession of GMI to be held in trust as advance payment for third party services.

24. Such services were not rendered and as such are not payable to the third party.

25. Despite multiple demands for the return of this property, GMI refused and continues to refuse to return it.

26. VTB does not consent to GMI's continued possession of the property.

27. GMI's actions have harmed VTB.

28. GMI's conduct is a substantial factor in causing that harm.

29. GMI's actions are despicable, and carried out with reckless and wanton disregard for VTB's rights.

### **CLAIM FOR RELIEF**

### **(Constructive Trust)**

30. VTB repeats and realleges each and every allegation contained in the preceding paragraphs with the same force and effect as if fully set forth herein at length.

31. VTB owns $150,000 which is in the possession, custody or control of GMI.

32. VTB has a right to return of that property.

33. GMI is wrongfully retaining and refusing to return the property, despite multiple demands therefor.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff VTB prays judgment as follows:

1. For damages in the amount according to proof, but in no event less than US $150,000 and interest thereon at the legal rate;
2. For punitive and exemplary damages;
3. For all costs of suit, attorney fees and other expenses herein incurred; and
4. For such and other relief as the Court may deem proper.

Dated: October 7, 2020　　　　CLYDE & CO US LLP

By: /s/ *Conte C. Cicala*
　　Conte C. Cicala
　　Michael Saenz
　　Attorneys for Plaintiff VENATOR
　　TRADING AND BROKERAGE LTD.